# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 22-1276

Caption: Bunge, S.A. v. ADM International Sarl, et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | 505.00 | |
| Brief | 7 | 29 | .20 | | 4.17 | 4.18 | 73.97 | |
| Reply Brief | 7 | 33 | .20 | | 7.00 | 4.45 | 78.65 | |
| Appendix | 4 | 111 | .24 | | 4.27 | 7.41 | 131.05 | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ 788.67 | $ |

Brief Produced by Reproduction: ☒          Brief Produced by Photocopy: ☐
                                                                     In House: ☐
                                                                     Commercial: ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, J. Stephen Simms, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_[signature]_                                                                 6/2/2023

Signature                                                                          Date
Attorney for: Bunge, S.A.

**A certificate of service must accompany this form.**

# CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of June, 2023, the foregoing Bill of Costs was filed electronically prior to 5:00 p.m. U.S. East Coast time. Notice of this filing will be sent to all parties via operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030

Counsel to Bunge, S.A.